Tandy M. BRATTON, Jr., Appellant,

v.

Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.

No. 04–3634.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 21, 2006.

Filed: Feb. 24, 2006.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Tandy Bratton appeals the district court's[1] decision upholding the Commissioner's denial of his application for disability insurance benefits and supplemental security income after a hearing before an administrative law judge, and after the Appeals Council denied review. Having reviewed the record, we find the Commissioner's final decision is supported by substantial evidence on the record as a whole. *See Harris v. Barnhart*, 356 F.3d 926, 928 (8th Cir.2004).

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

1. The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

**12**

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.